UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GARCIA, | Case No. 2:23-cv-01023-APG-DJA |
| Plaintiff | **ORDER** |
| v. | |
| DR. REESE, *et al.*, | |
| Defendants | |

## I.     DISCUSSION

In response to this Court's earlier order, Plaintiff Eric Garcia, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed a nearly complete application to proceed *in forma pauperis*. (ECF Nos. 7, 8). However, Plaintiff's application to proceed *in forma pauperis* is still incomplete. (ECF No. 8).  Plaintiff has not submitted an application to proceed *in forma pauperis* with a signed penalty of perjury page (page 3 of the application).  (*See id.* at 3). The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct this deficiency **by November 15, 2023.**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account**

1    **statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev.

2    Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her

3    obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.

4    *See* 28 U.S.C. § 1915(b).

5    **II.**    **CONCLUSION**

6         It is therefore ordered that the application to proceed *in forma pauperis* (ECF No.

7    8) is denied without prejudice.

8         It is further ordered that Plaintiff has **until November 15, 2023,** to either pay the

9    full $402 filing fee or refile his application to proceed *in forma pauperis* with his signature

10    on the penalty of perjury page.

11         Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

12    Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

13    to refile the case with the Court, under a new case number, when Plaintiff can file a

14    complete application to proceed *in forma pauperis* or pay the required filing fee.

15         The Clerk of the Court is directed to send Plaintiff a copy of his application to

16    proceed *in forma pauperis* (ECF No. 8).  Plaintiff may sign page 3 of the application and

17    refile the application with the Court.

18

19         DATED:  October 17, 2023

20

21                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28