UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ERIC GARCIA, | Case No.: 2:23-cv-01023-APG-DJA |
|---|---|
| Plaintiff | **Order Denying Pending Motions as Moot** |
| v. | [ECF Nos. 24, 25] |
| DR. REESE, et al., | |
| Defendants | |

Plaintiff Eric Garcia filed two motions to enforce the settlement agreement he entered into with the defendants. ECF Nos. 24, 25. The defendants responded by providing proof that the terms of the settlement agreement have now been satisfied. ECF No. 27. Garcia has not filed a reply or other paper disputing the defendants' representation. Thus, Garcia's motions are moot.

I THEREFORE ORDER that Garcia's motions **(ECF Nos. 24, 25) are denied as moot.**

DATED: July 8, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE